IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 15-cv-48 |
| | ) | |
| v. | ) | |
| | ) | |
| ERNESTO MANCILLA DE LA CRUZ, | ) | |
| JENNIFER MANCILLA DE LA CRUZ, | ) | |
| BARTEN LAW OFFICE, P.C. and | ) | |
| THE CITY OF IOWA FALLS, IOWA | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER CONFIRMING THE REPORT AND APPROVING
## THE UNITED STATES MARSHAL'S SALE

Upon motion of Plaintiff, United States of America, for an Order:

(1) confirming the Marshal's Certificate of Purchase issued to Terry England, the

purchaser at the sale; (2) confirming the report of the United States Marshal on the

sale of the foreclosed property pursuant to the Decree of Foreclosure; (3) approving

the sale; and (4) approving the issuance of a Deed of Conveyance to Terry England,

the purchaser at the sale; the Court having examined the report of the United

States Marshal and being fully advised, enters the following order:

IT IS HEREBY ORDERED that the United States Marshal's Certificate of

Purchase now presented to the Court from Kenneth J. Runde, United States

Marshal, and executed by Deputy United States Marshal Dorsey Covenah, is

approved and the filing of the copy of the certificate with the Clerk of this Court,

is hereby confirmed.  The execution, by the United States Marshal, of the Marshal's Certificate of Purchase issued to Terry England, pursuant to the sale, is approved.

IT IS FURTHER ORDERED that the report of the United States Marshal, and the sale, are in all respects approved and confirmed.

IT IS FURTHER ORDERED the United States Marshal, or his successor in office, shall execute to the purchaser Terry England, or his successors or assigns, a good and sufficient Deed of Conveyance to the foreclosed property, there being no right of redemption.


Dated this __21ˢᵗ__ day of June, 2016.


_Edward J. McManus_
EDWARD J. MCMANUS
DISTRICT JUDGE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA